IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO HEALTH
CONNECTIONS,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
*et al.*,

      Defendants.

No. 1:18-cv-00773 KG/KBM

## **ORDER**

Upon consideration of the parties' Joint Motion for Reassignment of this Case to the Hon. James O. Browning and having concluded that the relief requested is warranted and appropriate, it is hereby

    **ORDERED** that the parties' Joint Motion is **GRANTED**; and it is further

    **ORDERED** that the Clerk shall re-assign this case to the Hon. James O. Browning.

_____
UNITED STATES DISTRICT JUDGE

APPROVED as to form and substance by the parties, by and through their undersigned counsel:

Dated: September 4, 2018
CHAD A. READLER
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 353-0543
james.r.powers@usdoj.gov

*Counsel for Defendants*


/s/ *Nancy R. Long*
Nancy R. Long
LONG, KOMER & ASSOCIATES, PA
2200 Brothers Road/PO Box 5098
Santa Fe, NM 87502
(505) 982-8405
nancy@longkomer.com
email@longkomer.com
vmarco@longkomer.com

Barak A. Bassman
Sara B. Richman
Leah Greenberg Katz
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4000
bassmanb@pepperlaw.com
richmans@pepperlaw.com
katzl@pepperlaw.com

Marc D. Machlin
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
202-220-1200
machlinm@pepperlaw.com

*Attorneys for Plaintiff*