IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

NEW MEXICO HEALTH
CONNECTIONS,

        Plaintiff,

v.

                                              No. CV18-00773 JB/KBM

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
et al.,

        Defendants.

## ORDER

Upon consideration of the parties' Joint Motion to Stay Proceedings and having concluded that the relief requested is warranted and appropriate, it is hereby

**ORDERED** that the parties' Joint Motion is **GRANTED**; and it is further

**ORDERED** that this case is stayed; and it is further

**ORDERED** that the deadline for Defendants to respond to the Complaint is vacated pending further proceedings in *New Mexico Health Connections v. U.S. Dep't of Health & Human Services*, No. 1:16-cv-878 JB/JHR (D.N.M.) ("*NMHC v. HHS I*"); and it is further

**ORDERED** that the parties shall file a joint status report within 14 days of the Court's ruling on Defendants' Rule 59(e) motion in *NMHC v. HHS I*, ECF No. 57, to propose a schedule for further proceedings in this case.

**SO ORDERED.**

_____
United States District Judge

APPROVED as to form and substance by the parties, by and through their undersigned counsel:

Dated: October 5, 2018
JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ James Powers
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11218
Washington, D.C. 20005
Telephone: (202) 353-0543
james.r.powers@usdoj.gov

Counsel for Defendants


/s/ Nancy R. Long
Nancy R. Long
LONG, KOMER & ASSOCIATES, PA
2200 Brothers Road/PO Box 5098
Santa Fe, NM 87502
(505) 982-8405
nancy@longkomer.com
email@longkomer.com
vmarco@longkomer.com

Barak A. Bassman
Sara B. Richman
Leah Greenberg Katz
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4000
bassmanb@pepperlaw.com
richmans@pepperlaw.com
katzl@pepperlaw.com

        Marc D. Machlin
        PEPPER HAMILTON LLP
        Hamilton Square
        600 Fourteenth Street, N.W.
        Washington, D.C. 20005-2004
        202-220-1200
        machlinm@pepperlaw.com

        *Attorneys for Plaintiff*

Case 1:18-cv-00773-JB-KBM   Document 25   Filed 10/09/18   Page 3 of 3